O'REILLY et al., Respondents, v. KING et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by James B. O'Reilly and others against John King and others, receivers, etc. No opinion. Judgment and order unanimously affirmed, with costs.

PALMER et al., Respondents, v. LARCHMONT HORSE RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Action by Bryant S. Palmer and another, as administrators, etc., of Floyd T. James, deceased, against the Larchmont Horse Railway Company and another. No opinion. Motion for reargument denied, with $10 costs.

PALMER v. TERWILLIGER et al. (Supreme Court, Appellate Division, Third Department. September 20, 1904.) Action by Caroline Palmer against Alice Terwilliger and others. No opinion. Motion denied.

PATTAT v. PATTAT et al. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) Action by Eugene Pattat against Jacob Pattat and others. No opinion. Motion to amend and resettle decision and order of reversal herein denied, with $10 costs.

PEEBLES, Appellant, v. COOPER et al., Respondents. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Action by Robert J. Peebles, as trustee in bankruptcy for William Trist Bailey, a bankrupt, against Charles Cooper and Joseph H. De Bragga, as sheriff of Queens county. No opinion. Judgment unanimously affirmed, with costs.

PERKINS, Appellant, v. STANTON, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Albertus D. Perkins against George Stanton, as president of the New York State Ginseng Growers' Association. No opinion. Judgment unanimously affirmed, with costs.

PERKINS, Appellant, v. STANTON, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by William T. Perkins against George Stanton, as president of the New York State Ginseng Growers' Association. No opinion. Judgment unanimously affirmed, with costs.

PEOPLE, Respondent, v. ARMSTRONG, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Proceedings by the people of the state of New York against Harvey S. Armstrong. L. E. Rogers, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE v. DONNELLY. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Proceedings by the people of the state of New York against John Donnelly. No opinion. Motion granted.

PEOPLE, Respondent, v. FAULHABER, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Proceedings by the people of the state of New York against Philip Faulhaber. M. Schaap, for appellant. E. Sandford, for the People. No opinion. Judgment affirmed.

PEOPLE v. GOLDEN et al. (Supreme Court, Appellate Division, Third Department. September 20, 1904.) Proceedings by the people of the state of New York against John N. Golden and others. No opinion. Motion granted, with $10 costs.

PEOPLE, Respondent, v. HILL, Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Proceedings by the people of the state of New York against George W. Hill. No opinion. Judgment of the County Court of Kings county affirmed.

PEOPLE v. LADEW. (Supreme Court, Appellate Division, Third Department. September 30, 1904.) Proceedings by the people of the state of New York against Joseph H. Ladew. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE v. LUCIA. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Proceedings by the people of the state of New York against Ernest Lucia. No opinion. Motion granted.

PEOPLE v. MOORE. (Supreme Court, Appellate Division, Third Department. September 20, 1904.) Proceedings by the people of the state of New York against Loring Moore.

PER CURIAM. Decision amended, so as to read as follows: Conviction, order, and judgment of the county court of Saratoga county affirmed upon the facts, and reversed upon the law, and a new trial ordered, and the clerk directed to enter judgment and remit certified copy thereof, with the return and decision of this court, to such county court, pursuant to sections 547 and 548 of the Code of Criminal Procedure, and the order entered thereon amended accordingly.

PEOPLE v. REPUBLIC SAVINGS & LOAN ASS'N, In re CASE. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Proceedings by the people of the state of New York against the Republic Savings & Loan Association. In the matter of the four claims of Franklin O. Case. No opinion. Judgment, so far as appealed from, affirmed, with costs.

PEOPLE, Respondent, v. STEFANO, Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Proceedings by the people of the state of New York against Richard Stefano. R. C. Taylor, for appellant. J. R. Heinzelman, for the People. No opinion. Judgment affirmed.